John P. Bovich (SBN 150688)
Kerry Hopkins (SBN 219406)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:     415.391.8269

Morgan W. Streetman
SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, FL  33102
Telephone:    813.229.7600
Facsimile:     813.229.1660

Attorneys for Defendant
Charles G. Chatelain

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| I D MARKETING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARC BOAZ, an individual, AMERICAN MARKETING & MAILING SERVICES, INC., a Florida corporation, CHARLES G. CHATELAIN, an individual,<br><br>                    Defendants. | No.: 2:05 CV 02357 GEB KJM<br><br>**ORDER GRANTING DEFENDANT CHATELAIN'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Garland E. Burrell, Jr. |

This matter having been fully considered, and good cause having been presented to the satisfaction of the Court, IT IS HEREBY ORDERED THAT Defendant Charles G. Chatelain's Ex Part Application for Extension of Time to Respond to Complaint is hereby GRANTED. Mr. Chatelain is granted an extension of time until January 10, 2006, to serve his response to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED:  December 27, 2005             /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge