Bingham McCutchen LLP
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Fee & Jeffries, P.A.
RICHARD E. FEE
Bank of America Plaza
101 E. Kennedy Blvd. Suite 3000
Tampa, Florida  33602
Telephone: (813) 229-8008
Facsimile:  (813) 229-0046

Attorneys for Defendant
American Marketing & Mailing Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I D MARKETING, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>MARC BOAZ, an individual, AMERICAN MARKETING & MAILING SERVICES, INC., a Florida corporation, CHARLES G. CHATELAIN, an individual,<br><br>          Defendants. | Case No.  2:05-CV-02357-GEB-KJM<br><br>STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT |

       IT IS STIPULATED between Plaintiff, I D MARKETING, INC. ("IDM"), and Defendant, AMERICAN MARKETING & MAILING SERVICES, INC. ("AMMS"), that AMMS shall have until January 6, 2005 to respond to the Complaint.  There is good cause for the extension as the parties are engaging in settlement discussions and exchanging informal discovery.

       AMMS agrees to provide the following informal discovery to IDM to the extent the information is available, for settlement purposes only and not for purposes of admissibility,

and subject to Rule 408 of the Federal Rules of Evidence as conduct or statements made in compromise negotiations:

    1.    A breakdown of the transactions AMMS has conducted with IDM from January 1, 2004 to the present, including the name of the dealership and the IDM salesperson;

    2.    A breakdown of the transactions AMMS has conducted with defendant Boaz directly, including the name of the dealer, the number of pieces in the mailing, the amount paid to AMMS, and the amount paid to defendant Boaz; and

    3.    A breakdown of the transactions AMMS has conducted with Michael Burkey directly, including the name of the dealer, the number of pieces in the mailing, the amount paid to AMMS, and the amount paid to Michael Burkey.

This is the second extension of time sought by AMMS to respond to the Complaint. The original response date for AMMS was December 13, 2005.

DATED: December 27, 2005    BINGHAM MCCUTCHEN LLP

By: /s/ Geoffrey T. Holtz (as authorized on 12/27/05)
_____
Geoffrey T. Holtz
Attorneys for Defendant
American Marketing & Mailing Services, Inc C.

DATED: December 27, 2005    MENNEMEIER, GLASSMAN & STROUD LLP

By: /s/ Heather L. Wallace (as authorized on 12/27/05)
_____
Heather L. Wallace
Attorneys for Plaintiff
I D Marketing, Inc.

IT IS SO ORDERED.

Dated: January 3, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28