1 ANDREW W. STROUD (SBN 126475)
  KELCIE M. GOSLING (SBN 142225)
2 HEATHER L. WALLACE (SBN 205201)
  MENNEMEIER, GLASSMAN & STROUD LLP
3 980 9th Street, Suite 1700
  Sacramento, California 95814-2736
4 Telephone: 916-553-4000
  Facsimile: 916-553-4011

**FILED**

FEB 10 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6 Attorneys for Plaintiff I D Marketing, Inc.

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 I D MARKETING, INC.,                ) CASE NO. 2:05-CV-02357-GEB-KJM
                                       )
12         Plaintiff,                  ) PARTIES' STIPULATION TO
                                       ) CONTINUE HEARING DATE OF
13   v.                                ) DEFENDANT CHARLES G.
                                       ) CHATELAIN'S MOTION TO DISMISS
14 MARC BOAZ, AMERICAN                 )
   MARKETING & MAILING SERVICES,       )
15 INC., and CHARLES G. CHATELAIN,     )
                                       )
16         Defendants.                 )
   _____)

18         Whereas, defendant Charles G. Chatelain filed a Motion to Dismiss for Lack of
19 Jurisdiction on January 10, 2006, with the hearing on that motion scheduled for February 27,
20 2006 at 9:00 a.m.;
21         Whereas, defendant American Marketing & Mailing Services, Inc. filed a Motion
22 to Dismiss for Lack of Jurisdiction on January 27, 2006, with the hearing on that motion
23 scheduled for March 13, 2006 at 9:00 a.m.;
24         Whereas, the parties agree that it would be more efficient for the Court to hear
25 both motions at the same time in light of the similar issues involved in both motions;
26         Therefore, the parties do hereby stipulate and agree to continue the hearing on
27 Defendant Charles G. Chatelain's Motion to Dismiss for Lack of Jurisdiction from February 27,
28 2006 at 9:00 a.m. to March 13, 2006 at 9:00 a.m.

1  SO STIPULATED.

2  DATED: February 7, 2006

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD
KELCIE M. GOSLING
HEATHER L. WALLACE

By: /s/ Heather Wallace
Heather L. Wallace
Attorneys for Plaintiff I D Marketing, Inc.

7  DATED: February 7, 2006

REED SMITH, LLP
JOHN P. BOVICH
KERRY HOPKINS

By: /s/ Kerry Hopkins (as authorized on 2/7/06)
Kerry Hopkins
Attorneys for Defendant Charles G. Chatelain

12  DATED: February 7, 2006

BINGHAM MCCUTCHEN LLP
GEOFFREY T. HOLTZ

By: /s/ Geoffrey T. Holtz (as authorized on 2/7/06)
Geoffrey T. Holtz
Attorneys for Defendant
American Marketing & Mailing Services, Inc.

IT IS SO ORDERED.

Dated: 2-9-06

The Honorable Garland E. Burrell, Jr.
United States District Judge