IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ID MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC BOAZ; AMERICAN MARKETING & MAILING SERVICES, INC.; and CHARLES G. CHATELAIN, <br><br> Defendants. | 2:05-cv-2357-GEB-KJM <br><br><br> STATUS (PRETRIAL SCHEDULING) ORDER |

Since a portion of the joint status report ("JSR") filed February 7, 2006, is inadequate, another JSR shall be filed no later than March 6, 2006.  Therefore, the status conference scheduled for February 21, 2006, is reset for hearing on March 20, 2006.  Plaintiff shall provide further information in the JSR how, or whether, Plaintiff contemplates prosecuting a default against Defendant Mark Boaz, and what issues are involved in the default.

IT IS SO ORDERED.

Dated:  February 16, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1