**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



PRO HAC VICE APPLICATION,
REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

I D MARKETING, INC.,

        Plaintiff,

v.

    Case No. 2:05-CV-02357-GEB-KJM

MARC BOAZ, AMERICAN
MARKETING & MAILING SERVICES,
INC., and CHARLES G. CHATELAIN,

        Defendants.

I, Jonathan J. Ellis,

attorney for Defendant, Charles G. Chatelain,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Shumaker, Loop & Kendrick, LLP |
| Address: | 101 E. Kennedy Boulevard |
| | Suite 2800 |
| City: | Tampa |
| State: | Florida   ZIP Code: 33602 |
| Voice Phone: | ( 813 )   229-7600 |
| FAX Phone: | ( 813 )   229-1660 |
| Internet E-mail: | jellis@slk-law.com |
| Additional E-mail: | mstreetman@slk-law.com |
| I reside in City: | Tampa   State: Florida |

PDF created with pdfFactory trial version www.pdffactory.com

I was admitted to practice in the  Middle District of Florida  (court) on 1990. I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ◯ / have not ✘ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) _N/A_.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Kerry Hopkins

Firm Name: Reed Smith LLP

Address: Two Embarcadero Center

Suite 2000

City: San Francisco

State: California    ZIP Code: 94111

Voice Phone: ( 415 ) 543-8700

FAX Phone: ( 415 ) 391-8269

E-mail: khopkins@reedsmith.com

Dated: March 8, 2006    Petitioner: /s/Jonathan J. Ellis

**IT IS SO ORDERED.**

DATED: March 21, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com