IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ID MARKETING, INC.,              )
                                 )    2:05-cv-2357-GEB-KJM
              Plaintiff,         )
                                 )    ORDER
     v.                          )
                                 )
MARC BOAZ,                       )
                                 )
              Defendant.*        )
_____)
```

      A final pretrial conference is scheduled in this action for June 11, 2007. A pretrial statement was due on May 31, 2007. Upon review of the file, it appears that the only Defendant that remains in this action is Marc Boaz, who has not appeared, and whom the clerk entered default against on January 31, 2006. Yet, Plaintiff has not moved for default judgment.

      Accordingly, the June 11, 2007 final pretrial conference is vacated and a status conference is scheduled to commence at 9:00 a.m. on August 13, 2007. If Plaintiff fails to file a motion for default judgment within ten (10) days from the date this order is filed, this

---

    * The caption has been modified pursuant to the stipulated dismissal of American Marketing and Mail Services, Inc. and Charles G. Chatelain filed on April 5, 2007.

1

action may be dismissed for failure to prosecute.[1]  Plaintiff shall file a status report no later than fourteen days prior to the status conference, in which Plaintiff is only required to explain the status of the default issue.

       IT IS SO ORDERED.

Dated:  June 5, 2007

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]  Perhaps this action should have been dismissed earlier since it appears evident that Plaintiff has failed to prosecute this action against Defendant Boaz.

2