IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ID MARKETING, INC., | 2:05-cv-2357-GEB-KJM |
| Plaintiff, | |
| v. | ORDER |
| MARC BOAZ, | |
| Defendant. | |

On June 6, 2007, an order issued stating that "[i]f Plaintiff fails to file a motion for default judgment [against the only remaining Defendant, Marc Boaz,] within ten (10) days from the date this order is filed, this action may be dismissed for failure to prosecute." To date, Plaintiff has not filed a motion for default judgment. Accordingly, this action is dismissed. The clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated: August 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1