IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ID MARKETING, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> MARC BOAZ, <br><br>          Defendant. | 2:05-cv-2357-GEB-KJM <br><br> <u>ORDER</u> |

On June 6, 2007, an order issued stating that "[i]f Plaintiff fails to file a motion for default judgment [against the only remaining Defendant, Marc Boaz,] within ten (10) days from the date this order is filed, this action may be dismissed for failure to prosecute." To date, Plaintiff has not filed a motion for default judgment. Accordingly, this action is dismissed. The clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated: August 7, 2007

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge